**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 99-1349**

───────────────

In Re:  R & E ELECTRONICS, INCORPORATED,

                                        Debtor.

_____

ALGERNON L. BUTLER, JR., Trustee,

                                Plaintiff - Appellee,

        versus

EDWARD WAYNE MAYORGA; KELLY B. MAYORGA,

                                Defendants - Appellants,

        and

CHARLIE BROOKSHIRE; EDWARD MAYORGA, SR.,

                                        Defendants.

───────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief District Judge.  (MISC-98-34-5, BK-94-3495-8-JRL, AP-96-171-8-L)

───────────────

Submitted:  October 26, 1999        Decided:  November 17, 1999

───────────────

Before WILKINS and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

---

Edward Wayne Mayorga, Kelly B. Mayorga, Appellants Pro Se. Algernon L. Butler, Jr., Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Edward and Kelly Mayorga appeal the district court's order dismissing their appeal from the bankruptcy court's order for failure to comply with Fed. R. Bankr. P. 8006. Our review of the record and the district court's opinion reveals no reversible error. Accordingly, we affirm on the reasoning of the district court. See Butler v. Mayorga, Nos. MISC-98-34-5; BK-94-3495-8-JRL; AP-96-171-8-L (E.D.N.C. Feb. 12, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2